NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STACY LEE WATTS,                      )
                                      )
      Appellant,                 )
                                      )
v.                                    )      Case No. 2D18-1079
                                      )
STATE OF FLORIDA,                     )
                                      )
      Appellee.                  )
_____)

Opinion filed September 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Collier County; Christine Greider,
Judge.


PER CURIAM.

      Affirmed.


SILBERMAN, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.